No. 79–6639. HARRIS v. HAMBRICK, WARDEN; and

No. 79–6669. BATTLE v. CHRISTENSEN, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 79–6546. THERIAULT v. SILBER ET AL. Motion for leave to file petition for writ of mandamus denied.

No. 79–678. SAN DIEGO GAS & ELECTRIC Co. v. CITY OF SAN DIEGO ET AL. Appeal from Ct. App. Cal., 4th App. Dist. Further consideration of question of jurisdiction postponed to hearing of case on the merits.

No. 79–1689. UNITED STATES v. WILL ET AL. Appeal from D. C. N. D. Ill. Further consideration of question of jurisdiction postponed to hearing of case on the merits. Motion of the Solicitor General to consolidate this case with No. 79–983, *United States* v. *Will et al.* [probable jurisdiction postponed, 444 U. S. 1068], for briefing and oral argument granted. A total of one and one-half hours allotted for oral argument.

No. 79–972. WESTVACO CORP. ET AL. v. ADAMS EXTRACT Co. ET AL. C. A. 5th Cir. Certiorari granted and case set for oral argument in tandem with No. 79–1056, *Northwest Airlines, Inc.* v. *Transport Workers Union of America, AFL–CIO, et al.*, immediately *infra*. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.